FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

01 MAR -2 PM 1: 10

U.S. DISTRICT COURT
N.D. OF ALABAMA

WILLIAM K. DUNCAN,                    )
                                      )
                Plaintiff             )
                                      )
        vs.                           )      CASE NO. CV00-H-2028-S
                                      )
DIANNE WYNN and ALABAMA               )      **ENTERED**
STATE PAROLE BOARD,                   )
                                      )      MAR - 2 2001
                Defendants            )

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 26, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(2) as both of the named defendants are immune from suit. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this __2nd__ day of ____March____, 2001.

_____
JAMES H. HANCOCK
SENIOR JUDGE